UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:    CV 25-6129-SVW (RAO)                                    Date:    April 8, 2026

Title:    Juan A. Gonzalez v. Lundy et al.


Present:    The Honorable    **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  |  |
|---|---|
| T. Snyder | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**            (In Chambers) **ORDER TO SHOW CAUSE**

On January 26, 2026, Defendants Lundy, Marron, and Martinez filed a Motion to Dismiss. Dkt. No. 32. On February 18, 2026, Defendant Alvarez filed a Motion to Join Defendants Lundy, Marron, and Martinez's Motion to Dismiss. Dkt. No. 36. Under the Court's Order Re Civil Rights Case, Plaintiff's opposition brief was due within 30 days of service of the moving papers. Dkt. No. 11. The proofs of service attached to Defendants' motions indicate that the Motion to Dismiss was mailed to Plaintiff on January 26, 2026 and the Motion to Join was mailed to Plaintiff on February 18, 2026. *See* Dkt. Nos. 32, 26. Both motions were mailed to Plaintiff at the Substance Abuse Treatment Facility and State Prison ("SATF") and Mule Creek State Prison ("Mule Creek").[1] *See id.* Therefore, Plaintiff's opposition to the Motion to Dismiss was due by February 25, 2026, and Plaintiff's opposition to the Motion to Join was due by March 20, 2026. To date, the Court has not received any opposition brief. Moreover, Plaintiff failed to update his address after his transfer to Mule Creek. *See* Dkt. No. 41.

**Plaintiff is ordered to show cause in writing by <u>May 8, 2026</u>, why this matter should not be dismissed for failure to oppose Defendants' motions, failure to prosecute, and/or failure to update his address. Alternatively, Plaintiff may file his opposition(s) or a notice of non-opposition to the Motion to Dismiss and Motion to Join by the same deadline. Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.**

---

[1] Although Plaintiff's address of record was at SATF when the motions were filed, it appears that counsel for Defendants became aware that he may have been transferred to Mule Creek and therefore mailed the motions to both addresses. Plaintiff failed to update his address, but the Court has updated his address of record as a one-time courtesy. *See* Dkt. No. 41.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 25-6129-SVW (RAO)                        Date:   April 8, 2026

Title:   Juan A. Gonzalez v. Lundy et al.

**IT IS SO ORDERED.**

:

Initials of Preparer                ts

---